# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EDWARD JOHNSON

        Petitioner

    v.

**Civil Action No.**    3:16-cv-427
(Arising from 3:02-cr-116)

UNITED STATES OF AMERICA

        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other:   The Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence
is DENIED.  The Court DENIES the issuance of a Certificate of Appealability.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was
reached.

**X** decided  by Judge   Jon E. DeGuilio   on a motion to  Vacate under 28 U.S.C. 2255

DATE:   7/17/2020_____

            ROBERT TRGOVICH, CLERK OF COURT

            by   /s/R. Covey, Deputy Clerk_____
                    *Signature of Clerk or Deputy Clerk*