UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      Case No. 3:02-cr-116-3-JD-APR
                              )             3:16-cv-427-JD
EDWARD JOHNSON                )

**OPINION AND ORDER**

This matter is before the Court on Edward Johnson's Moti...

CERTIFIED MAIL™

7006 0100 0005 7120

FT WAYNE IN 468

neopost
07/17/2020
US POSTAGE     $07.05

ZIP 4660
041L112121

UTF

-FILED-

SEP 1 4 2020

At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

...S DISTRICT COURT
...OF THE CLERK
...H MAIN STREET
...NDIANA 46601-2194

...IAL BUSINESS

Edward Johnson #07299-027
THREE RIVERS FCI
Inmate Mail/Parcels
PO BOX 4200
THREE RIVERS, TX 78071

NIXIE     782   DE 1          0009/07/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 46601219499     *2093-03271-07-44